PATRICIA P. RECHT, Respondent, v. WILLIAM RECHT, JR., Appellant. WILLIAM RECHT, JR., Appellant, v. PATRICIA P. RECHT, Respondent. PATRICIA P. RECHT, Appellant, v. WILLIAM RECHT, JR., Respondent.— Judgment,

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Macken, JJ.